# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CURTIS B. BAYZELLA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 18-467-CG-B |
| | ) |
| WARDEN P. RICHIE | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's petition be **DISMISSED** without prejudice for failure to prosecute this action and to comply with the Court's Orders.

**DONE and ORDERED** this 17th day of May, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE